**From:** Scott Rainey [mailto:sjrainey@juno.com]
**Sent:** Thursday, May 19, 2011 10:27 AM
**To:** Stone, Evelyn
**Subject:** Memorial Day Prayer

Stoney,

Attached is my written prayer for Memorial Day. Thank you for the honor of letting me pray.

God Bless,

Pastor Scott
_____

EXHIBIT A

## Memorial Day Prayer (by Dr. Scott Rainey)
## May 30, 2011

Almighty God, we gather here today in this great assembly to honor men and women who have given the ultimate sacrifice for the freedom of a nation. We are here today in the shadow of a generation of heroes.

Thank you for the blessings of freedom we enjoy today because of their sacrifice.

Today, we join together to pray for peace. We pray for peace among nations around the world. We pray for peace in the homes of families who have lost loved ones in these great battles. We pray for peace in the heart of every person present today as we seek you with our whole heart.

Today, we pray for wisdom. We pray for wisdom for every leader in our nation, from our President to our congress, from our governor to our state representatives, from our pastors to every person who professes faith in you. We pray for wisdom for every father and mother as they raise children who love you and love others. Teach us, O God, to love as you have loved.

We pray for wisdom in these tumultuous times. We join with countless others who have prayed the prayer of serenity… "God grant me the serenity to accept the things I cannot change; courage to change the things I can; and wisdom to know the difference."

And we join the generations of faith today in praying the Lord's Prayer, "Our Father which art in heaven, Hallowed be thy name. Thy kingdom come, Thy will be done in earth, as it is in heaven. Give us this day our daily bread. And forgive us our trespasses, as we forgive those who trespass against us. And lead us not into temptation, but deliver us from evil: For thine is the kingdom, and the power, and the glory, for ever."

While respecting people of every faith today, it is in the name of Jesus Christ, the risen Lord, that I pray. Amen.