UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Scott Rainey, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-11-1992 |
| | § | |
| United States Department of Veterans Affairs and Arleen Ocasio, | § | |
| | § | |
| Defendants. | § | |

## Denial

The motion of the United States Department of Veterans Affairs and Arlen Ocasio to dismiss this case as moot is denied. (9).

Signed on June 28, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge