4:11 cv 1992



Pastor Scott Rainey
Valerie Saavedra
to:
LNH
06/28/2011 03:29 PM
Show Details

Judge Hughes, I am writting to say THANK YOU for your ruling in the Scott and Ocasio case....It means so much to so many of us.
   Your views on justice and freedom is what America is all about...God bless you sir and Thank You again...

   Sincerly,
      Valerie Saavedra